**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LAVELLE EVANS,          )<br>    ID #1830990,          )<br>        Petitioner,          )<br>vs.                              )<br>                                     )<br>WILLIAMS STEPHENS, Director,  )<br>Texas Department of Criminal   )<br>Justice, Correctional Institutions Division, )<br>        Respondent.          ) | No. 3:13-CV-0021-B (BH)<br><br><br><br>Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's motion for reconsideration is construed as a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e), and the Rule 59(e) motion to alter or amend judgment is hereby **DENIED**.

SIGNED this   6th   day of   January  , 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE